IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BRANDON JONES, | ) | Case No. C 16-0248 PSG (PR) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| STATE OF CALIFORNIA, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:  3/30/2016

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. C 16-0248 PSG (PR)
JUDGMENT